**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN REEVES, ) | 1:03-cv-5011 OWW SMS |
| ) | |
| Plaintiff, ) | SUPPLEMENTAL SCHEDULING |
| ) | CONFERENCE ORDER |
| v. ) | |
| ) | |
| STANISLAUS CONSOLIDATED FIRE ) | |
| PROTECTION DISTRICT, STANISLAUS ) | |
| CONSOLIDATED FIRE PROTECTION ) | |
| DISTRICT BOARD OF TRUSTEES and ) | |
| LYNN RAMBO, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

I.  Date of Scheduling Conference.

   November 17, 2006.

II. Appearances Of Counsel.

   Jones, Cochrane, Hollenback, Nelson & Zumwalt LLP by Frank T. Zumwalt, Esq., appeared on behalf of Plaintiff.

   Evans, Wieckowski & Ward LLP by James K. Ward, Esq., appeared on behalf of Defendants.

III. Status of Case.

   1.  The parties advise that they have reached a settlement in principle in this case.  Accordingly, the parties shall have through and including November 22, 2006, to submit an order of

1

dismissal or other such resolution of the case as they have agreed upon.

    2.   In view of the settlement of the case, no further schedule is required.

IT IS SO ORDERED.

**Dated:   November 21, 2006**        /s/ Oliver W. Wanger
emm0d6                                                    UNITED STATES DISTRICT JUDGE

Case 1:03-cv-05011-OWW-SMS   Document 47   Filed 11/27/06   Page 2 of 2