1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  **DAN REEVES,**                        **)**
                                        **)**
12                                      **)**
                        **Plaintiff,    )        1:03-cv-5011 OWW SMS**
13                                      **)**
         **v.                           )**
14                                      **)**
    **STANISLAUS CONSOLIDATED, etc. )        ORDER DISMISSING ACTION**
15                                      **)        PURSUANT TO STIPULATION**
                                        **)**
16                     **Defendant      )**
    **_____)**
17

18        **Pursuant to the stipulation submitted by the parties, this**

19  **action is ordered dismissed with prejudice.** IT IS SO ORDERED.

20  **Dated:    June 26, 2007**                        **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28
                                      1